No. 908. INTERNATIONAL ART Co. ET AL. *v.* FEDERAL TRADE COMMISSION. May 20, 1940. Motion to use the record printed for the Circuit Court of Appeals granted. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Albert H. Fry* for petitioners. *Solicitor General Biddle, Assistant Attorney General Arnold,* and *Messrs. Charles H. Weston, Richard H. Demuth,* and *W. T. Kelley* for respondent.

No. 833. BROWNSTEIN-LOUIS Co. *v.* UNITED STATES. May 20, 1940. Petition for writ of certiorari to the Court of Claims denied. *Mr. Don Marlin* for petitioner. *Solicitor General Biddle, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 835. HARRIS TRUST & SAVINGS BANK ET AL. *v.* UNITED STATES. May 20, 1940. Petition for writ of certiorari to the Court of Claims denied. *Mr. Albert H. Veeder* for petitioners. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Richard H. Demuth* for the United States.

No. 853. NORTH WHITTIER HEIGHTS CITRUS ASSN, *v.* NATIONAL LABOR RELATIONS BOARD. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Ivan G. McDaniel* for petitioner. *Solicitor General Biddle* and *Messrs. Warner W. Gardner, Charles Fahy, Robert B. Watts, Laurence A. Knapp,* and *Mortimer B. Wolf;* and